FILED
CLERK, U.S. DISTRICT COURT

December 3, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.  ED CR 19-180 JGB                                    Date  December 3, 2019

Title     United States v. Villa

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**        ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒     will appear for further proceedings as required if released.

☒     will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒     Allegations in petition

☐     Lack of bail resources

☒     No stable residence or employment

☐     Ties to foreign countries

☒     Previous failure to appear or violations of probation, parole, or release

☐     Nature of previous criminal convictions

☒     Substance abuse

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.   ED CR 19-180 JGB                                           Date   December 3, 2019

Title   United States v. Villa

 

      ☐     Already in custody on state or federal offense

      ☐     Refusal to interview with Pretrial Services

      ☒     Per petition, allegation of tamper to LM device

 

      ☐     Defendant did not oppose the detention request.

$$* \;\; * \;\; *$$

     IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.